# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Colleen Huber, | No. CV-21-00936-PHX-DWL |
| Plaintiff, | **ORDER** |
| v. | |
| Joseph Biden, Jr., et al., | |
| Defendants. | |

**IT IS ORDERED** that the Parties' Stipulation to Transfer Venue and Extend Defendants' Time to Respond to Complaint (Doc. 18) is granted.

**IT IS FURTHER ORDERED** that this case be transferred to the U.S. District Court for the Northern District of California (San Francisco division), and that the time for Defendants President Joseph Biden, Jr., Twitter, Inc., and Jack Dorsey to respond to the complaint shall be extended from August 30, 2021 to 30 days after notice from the Northern District of California that transfer is complete, or to an alternative date set by the transferee court.

Dated this 25th day of August, 2021.

Dominic W. Lanza
United States District Judge